UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

        Plaintiff,　　　　　　　　　　Case No.  22-cr-20188
　　　　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman

v.

**D5, THOMAS QUARTZ**,

        Defendant.
_____/

**ORDER GRANTING *EX PARTE* MOTION
TO DECLARE COMPLEX CASE**

The case having come before the Court on the *ex parte* motion of Defendant Thomas Quartz to declare this case a complex and extended case which qualifies for budgeting as a mega-case, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the Court finds this to be a complex and extended case and that it qualifies for budgeting as a mega-case.

                              /s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  July 13, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 13, 2022, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126